[L. A. No. 2041. Department Two.—July 21, 1908.]

ISAIAS W. HELLMAN, Respondent, v. JOHN LONGLEY et al., Defendants; ANAHEIM LANDING, MINING, AND DEVELOPMENT COMPANY, Appellant.

APPEALS NOT TAKEN IN TIME—DISMISSAL.—An appeal from a judgment, taken more than six months from the date of the entry of the judgment, and an appeal from an order denying a new trial taken more than sixty days after entry of the order, will each be dismissed.

MOTION to dismiss an appeal from a judgment of the Superior Court of Orange County, and an appeal from an order refusing a new trial. Z. B. West, Judge.

The facts are stated in the opinion of the court.

Charles S. McKelvey, for Appellant.

J. H. Shankland, and Jeff Paul Chandler, for Respondent.

HENSHAW, J.—This is an appeal by the defendant Anaheim Landing, Mining, and Development Company from the judgment and from the order denying its motion for a new trial. The judgment was entered April 14, 1906. The motion for a new trial was denied and the order of denial entered October 18, 1906. Notice of appeal from the judgment and from the order denying a new trial was filed December 18, 1906. The appeal from the judgment, therefore, was taken more than six months from the date of the entry of the judg-

ment and the appeal from the order denying a new trial was taken sixty-one days after entry of the order.

Upon this condition of the record respondent moves that the appeals be dismissed. No answer is made by the appellant, and, indeed, we see none that could be made; therefore, the court being without jurisdiction to entertain these appeals, it is ordered that they be, and they are, hereby dismissed.

Lorigan, J., and Sloss, J., concurred.